```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JACKPOCKET, INC.,                                              :
                                                               :
                          Plaintiff,                           :
                                                               :      22-cv-5772 (LJL)
           -v-                                                 :
                                                               :      ORDER
LOTTOMATRIX NY LLC, et al.,                                    :
                                                               :
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/1/2022__

LEWIS J. LIMAN, United States District Judge:

    There is oral argument on the pending motion for a preliminary injunction and motion to dismiss scheduled for October 5, 2022 at 11:00 a.m.  It is hereby ORDERED that the oral argument is adjourned to October 11, 2022 at 12:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

    SO ORDERED.

Dated: September 1, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                          United States District Judge