**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACKPOCKET, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED, <br><br> *Defendants*. | Civil Case No. 22-cv-05772 (LJL) <br><br> **SCHEDULING ORDER FOR EXPEDITED DISCOVERY** |

**WHEREAS**, the Court having considered the parties' proposed schedule for expedited discovery prior to the preliminary injunction hearing in this action, as well as the other agreements of the parties, the record, and the proceedings to date in the above-captioned action;

**IT IS HEREBY ORDERED** that the schedule for expedited discovery and pre-hearing briefs shall be as set forth below:

| Event | Date |
|---|---|
| Last day to serve document requests | Tuesday, September 13 |
| Last day to respond to document requests | Monday, September 19 |
| Last day to serve interrogatories | Wednesday, September 28 |
| Last day to respond to interrogatories | Seven (7) days after service of interrogatory |
| Last day to produce documents | Monday, September 26 |
| Last day to take depositions | Thursday, October 6 |
| Submission of pre-hearing briefs | Sunday, October 9 |

The Court also so orders the parties' agreement to a cap of 10 document requests and 10 interrogatories per side, but without prejudice to either party's ability to serve limited additional documents requests and/or interrogatories based on specific need or new information that arises over the course of the expedited discovery period.

The Court further orders that Jackpocket's witness, Mr. Peter Sullivan, will be the first witness to testify at the October 11, 2022 preliminary injunction hearing and should a scheduling issue arise relating to the duration of Mr. Sullivan's testimony, the parties are Ordered to confer in good faith.

**SO ORDERED** this  15  date of September, 2022

_____

Hon. Lewis J. Liman
United States District Judge