October 19, 2022

<u>VIA ECF</u>
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Jackpocket, Inc. v. Lottomatrix NY LLC, et al.*, No. 22-cv-05772 (S.D.N.Y.)

Dear Judge Liman:

Prior to the Court's scheduling of trial on November 14, the parties jointly asked the Court to extend the deadline for Defendants to file their reply to the pending motion to dismiss, and represented that they would advise the Court of a mutually acceptable deadline after the preliminary injunction hearing was complete. Dkt. 84. The Court granted that request. Dkt. 85. In light of the November 14 trial date that has since been scheduled, the parties have continued to discuss an appropriate deadline for a reply to be filed, and jointly request that they be permitted to advise the Court of an agreed-upon deadline as soon as practicable.

Respectfully submitted,

/s/ *Douglas A. Rettew*
Douglas A. Rettew (*pro hac vice*)
Danny M. Awdeh (*pro hac vice*)
Mary Kate Brennan
Patrick J. Rodgers (*pro hac vice*)
Troy Viger (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
doug.rettew@finnegan.com
danny.awdeh@finnegan.com
marykate.brennan@finnegan.com
patrick.rodgers@finnegan.com
troy.viger@finnegan.com

Amy Sullivan Cahill
**STEPTOE & JOHNSON PLLC**
700 N. Hurstbourne Parkway, Suite 115
Louisville, Kentucky 40222
Tel: (502) 423-2054
Fax: (502) 423-2001
Amy.cahill@steptoe-johnson.com

*Attorneys for Plaintiff Jackpocket, Inc.*

/s/ *Rachel E. Epstein*
Rachel E. Epstein
Carey R. Ramos
Todd Anten
Donald J. Reinhard, II
Dylan I. Scher
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
toddanten@quinnemanuel.com
donaldreinhard@quinnemanuel.com
dylanscher@quinnemanuel.com

*Attorneys for Defendants Lottomatrix NY LLC; Lottomatrix Corporation; Lottomatrix Operations Limited d/b/a Jackpot.com; Lottomatrix Malta Limited; and 99Dynamics Limited*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge
10/20/2022