# Exhibit A



In Other Media-eg New Statesman, AJE, FP, Georgia, NYT,  Azerbaijan, CSM Click here to contact us    .

These reports are usually available through Google News and on Lexis-Nexis

, Share |   Tweet

**Follow on TWITTER**

Home -



These reports are usually available through Google News and on Lexis-Nexis

**CONTRIBUTE**

(FP Twitterati 100, 2013)

ICP on YouTube

More: **InnerCityPro**

BloggingHeads.tv
Sept 24, 2013

Follow @FUNCA_info

UN: Sri Lanka

VoA: NYCLU

FOIA Finds

### Jackpocket Sued Lottomatrix Now Seeking Injunction Says Courier Under Other Name OK

By Matthew Russell Lee, Patreon Maxwell book
BBC - Honduras - CIA Trial book - NY Mag

SDNY COURTHOUSE, Oct 11 – Jackpocket Inc. sued Lottomatrix d/b/a Jackpot.com for trademark violation, and moved for a preliminary injunction.

 On October 11, 2022, U.S. District Court for the Southern District of New York Judge Lewis J. Liman held a proceeding. Inner City Press went and covered it.

Jackpocket witness Sullivan was questioned by Lottomatrix' counsel about dossiers his company prepared about competitors and handed to regulators.

On redirect he said Jackpocket does not oppose the defendant operating as a lottery courier, under a different name; he said beyond competing for a deal with the Dallas Cowboys,

[Google, Asked at UN About Censorship, Moved to Censor the Questioner, Sources Say, Blaming UN](#) - Update - Editorial

**Support this work by buying this book**



Click on cover for secure site orders

also includes "Toxic Credit in the Global Inner City"

Community Reinvestment

Bank Beat
Freedom of Information


How to Contact Us

they already do business with the Dallas Mavericks and Texas Rangers.

The case is Jackpocket Inc. v. Lottomatrix NY LLC, et al., 22-cv-5772 (Liman)

***

Your support means a lot. As little as $5 a month helps keep us going and grants you access to exclusive bonus material on our Patreon page. Click here to become a patron.



Feedback: Editorial [at] innercitypress.com
SDNY Press Room 480, front cubicle
500 Pearl Street, NY NY 10007 USA

Mail: Box 20047, Dag Hammarskjold Station NY NY 10017

Reporter's mobile (and weekends): 718-716-3540


Other, earlier Inner City Press are listed here, and some are available in the ProQuest service, and now on Lexis-Nexis.

 Copyright 2006-2022 Inner City Press, Inc. To request reprint or other permission, e-contact Editorial [at] innercitypress.com