

**MARY KATE BRENNAN**
202-408-4340
marykate.brennan@finnegan.com

October 26, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Jackpocket, Inc. v. Lottomatrix NY LLC, et al.*, 22-cv-05772-LJL
           Request to Unseal Evidentiary Hearing Transcripts

Dear Judge Liman,

      We represent Plaintiff Jackpocket, Inc. in this case. We write in response to third-party Lotto.com's October 24, 2022 Letter-Motion to Intervene and Opposition to the Parties' Joint Letter-Motions to Seal Portions of the October 11 and October 12, 2022 Preliminary Injunction Transcript (Dkt. 104).

      As noted in Lotto.com's October 24, 2022 Letter-Motion, Jackpocket, Defendants, and Lotto.com are trying to resolve this dispute amicably. Counsel for Jackpocket, Defendants, and Lotto.com met and conferred by email today and agreed that it is premature for Jackpocket or Defendants to file an opposition to Lotto.com's motion while the parties work to reach an amicable resolution. The parties and Lotto.com also agree that if the matter cannot be worked out, they reserve all rights, including Jackpocket's and Defendants' right and opportunity to oppose Lotto.com's motion.

                                                  Respectfully submitted,

                                                  */s/ Mary Kate Brennan*

                                                  Mary Kate Brennan

MKB