```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JACKPOCKET, INC.,                                              :
                                                               :
                              Plaintiff,                       :
                                                               :      22-cv-5772 (LJL)
            -v-                                                :
                                                               :          ORDER
LOTTOMATRIX NY LLC, et al.,                                    :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Defendants move to compel the production of the following discovery: (1) all drafts and documents relate to the drafting process, and communications regarding already-produced Jackpocket Board of Directors presentations, already-produced Jackpocket marketing presentations, and already-produced Jackpocket investor presentations (including Series A, B, C, and D presentations); (2) all drafts, documents, related to the drafting process, and communications regarding potential ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ created while Plaintiff was going through a potential ▮▮▮▮▮▮▮▮▮▮ in 2021; and (3) all communications between Plaintiff and representatives of ▮▮▮▮▮▮▮ regarding Lotto.com or other competitors of Plaintiff between January 1, 2021 and the present. Dkt. No. 115.

      The motion is denied. Plaintiff has represented that it has produced or is in the process of producing the requested documents in categories (1) and (2) above. *See* Dkt. No. 119. As to category (3), the requested discovery—even if were relevant—would not be proportionate to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1).

      SO ORDERED.

Dated: November 10, 2022
       New York, New York

                                                         LEWIS J. LIMAN
                                                       United States District Judge