```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JACKPOCKET, INC.,                                                  :
:
Plaintiff,                                                         :
:                   22-cv-5772 (LJL)
-v-                                                                :
:                       ORDER
LOTTOMATRIX NY LLC,                                                :
LOTTOMATRIX CORPORATION,                                           :
LOTTOMATRIX OPERATIONS LIMITED                                     :
d/b/a JACKPOT.COM,                                                 :
LOTTOMATRIX MALTA LIMITED, and                                     :
99DYNAMICS LIMITED,                                                :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  As reflected in an Opinion and Order being filed under seal contemporaneously with this Order, the Court denies the request of plaintiff Jackpocket, Inc. ("Plaintiff") for a permanent injunction and other equitable relief.  The parties are directed to meet and confer with respect to the material that should be filed under seal.  By no later than December 14, 2022, any party desiring material to be filed under seal shall submit a letter motion requesting that relief.  The letter motion shall be in the form of a publicly filed document indicating by page number the specific basis upon which sealing is sought (consistent with the requirements set forth in Attachment B to the Court's Individual Practices in Civil Cases, Effective: June 17, 2022, and available on the Court's website).  A copy of the Court's opinion and order highlighted to indicate the specific words and sentences as to which such party requests sealing shall also be submitted, but this document may be filed under seal.  The parties are reminded that any request for sealing must be consistent with the presumption of public access to judicial documents.  *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  The Court will consider the parties' request alongside the relevant caselaw before filing a publicly accessible version of the Opinion and Order.  Absent further order of the Court, failure to file a motion by December 14, 2022, will result in waiver of the right to request filing under seal and the opinion will be filed on the public docket.

Dated: December 7, 2022           _____
     New York, New York             LEWIS J. LIMAN
                            United States District Judge