UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Jackpocket, Inc.,                                                 :
                                                                  :
                      Plaintiff,                                       :
                                                                  :    22-cv-05772 (LJL)
        -v-                                                      :
                                                                  :    ORDER
LOTTOMATRIX NY LLC,                                               :
LOTTOMATRIX CORPORATION,                                          :
LOTTOMATRIX OPERATIONS LIMITED                                    :
d/b/a JACKPOT.COM,                                                :
LOTTOMATRIX MALTA LIMITED, and                                    :
99DYNAMICS LIMITED,                                               :
                                                                  :
                      Defendants.                                     :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendants have requested that the Court enter final judgment in Defendants' favor on all of the claims of plaintiff Jackpocket, Inc. ("Plaintiff") and instruct the Clerk of Court to close this case. *See* Dkt. No. 133. Plaintiff is directed to respond by December 28, 2022 to Defendants' request for entry of judgment.


      SO ORDERED.

Dated: December 23, 2022
       New York, New York                                            
                                                        LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022