UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKPOCKET, INC.,<br><br>                  Plaintiff,<br><br>      v.<br><br>LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED,<br><br>                  Defendants. | Case No. 1:22-cv-05772(LJL)<br><br>**FINAL JUDGMENT** |

This action came before the Court for a bench trial, the undersigned Judge presiding, on November 17, 2022. In an Opinion and Order dated December 7, 2022, this Court ruled that Plaintiff failed to establish Defendants' liability on any of its five asserted causes of action. *See* Dkt. 125 at 140 ("For the reasons stated above, Jackpocket has not demonstrated that Jackpot.com has infringed its trademarks or that its other causes of action have merit.").

Having determined that Plaintiff failed to succeed on the merits of each of its causes of action, **JUDGMENT** is hereby entered in favor of Defendants and against Plaintiff on all causes of action, and Plaintiff shall take nothing by its suit. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Defendants shall recover from Plaintiff the costs of suit according to proof.

    IT IS SO ORDERED.

Dated: December  29  , 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge