IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKPOCKET, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED,<br><br>   *Defendants*. | Case No. 22-cv-05772 (LJL)<br><br>**NOTICE OF APPEAL** |

  Jackpocket, Inc. hereby gives notice that it appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered by this Court on December 29, 2022 (Dkt. 137), and all other orders entered in this case, including the Court's order of December 7, 2022 (Dkt. 131), denying Jackpocket, Inc.'s request for a permanent injunction and accounting.

Dated:  January 4, 2023   Respectfully submitted,

            */s/Douglas A. Rettew*
            Douglas A. Rettew (*pro hac vice*)
            Danny Awdeh (*pro hac vice*)
            Mary Kate Brennan
            Patrick J. Rodgers (*pro hac vice*)
            Troy Viger (*pro hac vice*)
            **FINNEGAN, HENDERSON, FARABOW,**
              **GARRETT & DUNNER, LLP**
            901 New York Avenue, NW
            Washington, DC 20001-4413
            Tel: (202) 408-4000
            Fax: (202) 408-4400
            doug.rettew@finnegan.com
            danny.awdeh@finnegan.com
            marykate.brennan@finnegan.com
            patrick.rodgers@finnegan.com
            troy.viger@finnegan.com

*Attorneys for Plaintiff
Jackpocket, Inc.*

2