UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKPOCKET, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED,<br><br>         Defendants. | Case No. 1:22-cv-05772(LJL) |

### NOTICE OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Lottomatrix NY LLC, Lottomatrix Corporation, Lottomatrix Operations Limited d/b/a Jackpot.com, Lottomatrix Malta Limited, and 99Dynamics Limited's ("Defendants") Motion For Attorneys' Fees And Related Nontaxable Expenses, the Declaration of Rachel E. Epstein, and all other documents of record, the undersigned will move before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Defendants' Motion For Attorneys' Fees And Related Nontaxable Expenses pursuant to 15 U.S.C. § 1117(a) and Fed. R. Civ. P. 54(d). Defendants seek: (i) an order that Defendants are entitled to their reasonable attorneys' fees and related nontaxable expenses under 15 U.S.C. § 1117(a) and Fed. R. Civ. P. 54(d); (ii) permission to file a fee application setting forth and supporting the amount and

reasonableness of Defendants' requested fees and expenses; and (iii) such other relief as the Court deems just and proper.

Dated: New York, New York
January 17, 2023

                                Respectfully submitted,

                                QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

                            By: */s/ Rachel E. Epstein*
                                Rachel E. Epstein
                                Carey R. Ramos
                                Todd Anten
                                Donald J. Reinhard, II
                                rachelepstein@quinnemanuel.com
                                careyramos@quinnemanuel.com
                                toddanten@quinnemanuel.com
                                donaldreinhard@quinnemanuel.com
                                51 Madison Avenue, 22nd Floor
                                New York, NY 10010
                                Tel: (212) 849-7000
                                Fax: (212) 849-7100

                                *Attorneys for Defendants*