UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKPOCKET, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED,<br><br>      Defendants. | Case No. 1:22-cv-05772(LJL) |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSE**

i

**FILED UNDER SEAL**