```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Jackpocket, Inc.,                                                 :
:
Plaintiff,                                             :
:            22-cv-5772 (LJL)
-v-                                                          :
:                 ORDER
LOTTOMATRIX NY LLC,                                               :
LOTTOMATRIX CORPORATION,                                          :
LOTTOMATRIX OPERATIONS LIMITED                                    :
d/b/a JACKPOT.COM,                                                :
LOTTOMATRIX MALTA LIMITED, and                                    :
99DYNAMICS LIMITED,                                               :
:
Defendants.                                            :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The joint motion to seal, Dkt. No. 172, is granted in part and denied in part. The Court DENIES the requests to seal (or redact) the trial exhibit lists (exhibit numbers 2, 3, and 95 on Appendix A) and the transcripts of proceedings held in open court (exhibit numbers 4, 5, and 6 on Appendix A). The Court GRANTS the motion in all other respects.

    The Clerk of Court is respectfully directed to close Dkt. Nos. 174 and 175.

    SO ORDERED.

Dated: April 14, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge