```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
JACKPOCKET, INC.,                                                    :
                                                                     :
                        Plaintiff,                                   :
                                                                     :      22-cv-05772 (LJL)
        -v-                                                          :
                                                                     :           ORDER
LOTTOMATRIX NY LLC, LOTTOMATRIX                                      :
CORPORATION, LOTTOMATRIX OPERATIONS                                  :
LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX                               :
MALTA LIMITED, and 99DYNAMICS LIMITED,                               :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2023

LEWIS J. LIMAN, United States District Judge:

      Pending before the Court are Plaintiff's and Defendants' motions to seal portions of filings submitted in connection with Defendants' motion for attorneys' fees. *See* Dkt. Nos. 141, 148, 149, 151, 161, 167, 168. The motions are GRANTED IN PART and DENIED IN PART.

      The Court addressed the parties' previous motions to seal in connection with the trial on the merits. *See* Dkt. No. 132. In that Memorandum and Order, the Court, applying the Second Circuit's standard in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006), concluded that it was appropriate to redact references to innocent third parties other than "the identity of regulators, who are public officials, and regulatory organizations, which are public entities," Dkt. No. 132 at 2, 5; *see also United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995) ("[T]he privacy interest of innocent third parties . . . are a venerable common law exception to presumption of access." (internal quotation marks and citations omitted)). Applying that holding here, the Court denies the parties' motions insofar as they seek to redact the identities of public officials and public entities. Additionally, the Court denies the request of Plaintiff to redact the names of its lobbyists and outside counsel. The Court otherwise grants the motions because it finds that the proposed redactions are consistent with its Memorandum and Order of December 15, 2022.

      The parties are directed to refile their submissions on or before July 7, 2023 to the extent necessary to comply with this Order. The Clerk of Court is respectfully directed to close Dkt. Nos. 141, 148, 149, 151, 161, 167, 168.

      SO ORDERED.

Dated: June 28, 2023
      New York, New York
                                                                   LEWIS J. LIMAN
                                                                   United States District Judge