IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKPOCKET, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>LOTTOMATRIX NY LLC, LOTTOMATRIX CORPORATION, LOTTOMATRIX OPERATIONS LIMITED d/b/a JACKPOT.COM, LOTTOMATRIX MALTA LIMITED, and 99DYNAMICS LIMITED,<br><br>    *Defendants*. | Case No. 22-cv-05772 (LJL) |

**UNOPPOSED MOTION TO WITHDRAW MARY CATHERINE BRENNAN AS COUNSEL FOR PLAINTIFF**

I represent Plaintiff Jackpocket, Inc. ("Jackpocket") in this action and respectfully submit this motion to withdraw Mary Catherine Brennan, formerly of the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, as counsel for Plaintiff.

On August 24, 2023, I entered an appearance on behalf of Jackpocket. Jackpocket has been informed of and consents to this request. The withdrawal of Ms. Brennan will not have a disruptive impact on this case. I am eligible to practice in this Court, have entered an appearance, and will represent Jackpocket, along with other counsel of record from Finnegan, including Douglas A. Rettew, Patrick J. Rodgers, and Troy Viger. Counsel for Defendants have been consulted and do not object to this request.

Accordingly, I respectfully request that the Court grant this motion to withdraw Mary Catherine Brennan as counsel for Jackpocket and her name and email address be removed from the official docket.

Dated: August 24, 2023                Respectfully submitted,

*/s/ Naresh Kilaru*
Naresh Kilaru
NY Bar No. 4152161
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Ave., NW
Washington, DC 20001
Tel: (202) 408-4236
Fax: (202) 408-4000
naresh.kilaru@finnegan.com

*Attorney for Plaintiff
Jackpocket, Inc.*